# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>ABRAHAM BORIS TARQUE-FLORES,<br><br>　　　　　Defendant. | Case No.: 23-CR-1833-LAB<br><br>**JUDGMENT AND ORDER TO DISMISS** |

The United States' Motion to Dismiss the Information (ECF No. 24) is hereby GRANTED.  The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED:  9/29/2023

　　　　　　　　　　　　　　　　　　　　　HON. LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　　　　　United States District Judge